UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Burris, Jesse Colin | Docket No. | 0980 2:22CR00041-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jesse Colin Burris, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 13th day of July 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 14, 2022, U.S. Probation Officer Corey McCain reviewed the conditions of release with Mr. Burris. Mr. Burris acknowledged an understanding of the conditions at that time.

**Violation #1:** Jesses Colin Burris is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on July 22, 2022.

On July 22, 2022, Mr. Burris reported to Spokane Addiction and Recovery Center (SPARC) for a substance abuse assessment. As a part of the substance abuse assessment, Mr. Burris provided a urine specimen for the purpose of drug testing. Subsequently, the urine specimen was sent to Cordant Health Solutions (Cordant) for analysis.

On July 29, 2022, Cordant confirmed the aforementioned urine specimen tested positive of the presence of amphetamine and methamphetamine.

On August 4, 2022, the undersigned officer confronted Mr. Burris about his use of methamphetamine. Mr. Burris stated he was feeling some anxiety and chose to ingest methamphetamine a couple of days prior to submitting to the urinalysis on July 22, 2022.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   August 8, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Burris, Jesse Colin
August 8, 2022
Page 2

THE COURT ORDERS

[[X]]   No Action
         The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

8/8/2022
_____
Date