PROB 12C
(6/16)

Report Date: July 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Colin Burris         Case Number: 0980 2:22CR00041-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 14, 2023

Original Offense:     Possession with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:    Prison - Time Served (1 day)       Type of Supervision: Supervised Release
                      TSR - 120 months

Asst. U.S. Attorney:  U.S. Attorney's Office             Date Supervision Commenced: June 14, 2023

Defense Attorney:     Federal Defenders Office           Date Supervision Expires: June 13, 2033

### PETITIONING THE COURT

To issue a warrant.

On June 16, 2023, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision. <br><br> **Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to contact the probation officer on July 10, 2025, as instructed. <br><br> On July 10, 2025, this officer attempted to contact the offender at his residence; however, no one answered the door. Subsequently, this officer left a voicemail for the offender instructing him to contact the undersigned by 4 p.m. on that same date. He failed to contact the probation officer, as instructed. |
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Burris, Jesse Colin
July 24, 2025
Page 2

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 16, 2025.

On July 16, 2025, Mr. Burris submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine and amphetamine. During a discussion with the probation officer on that same date, he admitted to using said substances.

3    **Standard Condition #4:** You must be truthful when responding to questions asked by the probation officer.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 4, by being untruthful when responding to a question asked by the probation officer on or about July 16, 2025.

On July 16, 2025, Mr. Burris reported to the U.S. Probation Office for a scheduled office appointment. During that meeting, he disclosed that he would test positive for alcohol on his urinalysis test. This officer asked Mr. Burris when he last drank alcohol and he stated he consumed alcohol 2 days prior.

This officer continued to question the offender about his alcohol use, as the undersigned detected an odor of alcohol emanating from the offender. Mr. Burris eventually admitted to consuming "a beer" prior to reporting to the U.S. Probation Office on July 16, 2025. As such, he was untruthful when originally questioned about his last use of alcohol.

4    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on July 21, 2025.

The probation officer received email correspondence from PHS indicating the offender failed to report to their facility on July 21, 2025, for urinalysis testing.

5    **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** The offender is alleged to have violated special condition number 5, by consuming alcohol on multiple occasions from approximately February 2025, to July 22, 2025.

On July 16, 2025, the offender reported to the U.S. Probation Office for a scheduled appointment. At that time, he admitted to consuming alcohol on multiple occasions over the past 5 months. He further stated that his alcohol use has increased to daily consumption and he acknowledged it has become a problem. When questioned further, he stated he drinks

Prob12C
**Re: Burris, Jesse Colin**
July 24, 2025
Page 3

approximately "2-3 beers" on a daily basis. Subsequently, he submitted to urinalysis testing and his urine specimen was presumptive positive for alcohol.

On July 22, 2025, Mr. Burris submitted a urine specimen at PHS that returned presumptive positive for alcohol. At that time, he signed an admission form acknowledging use of said substance.

6   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 22, 2025.

On July 22, 2025, the offender submitted a urine specimen at PHS that was presumptive positive for methamphetamine and amphetamine. At that time, he signed an admission form acknowledging use of said substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 24, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Thomas O. Rice

Signature of Judicial Officer

July 25, 2025

Date