PROB 12C
(6/16)

Report Date: August 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 08, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Jesse Colin Burris | | Case Number: 0980 2:22CR00041-TOR-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ Spokane, Washington 99223 | | |
| Name of Sentencing Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 14, 2023 | | |
| Original Offense: | Possession with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | |
| Original Sentence: | Prison - Time Served (1 day) TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: June 14, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: June 13, 2033 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2025.

On June 16, 2023, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

       7           **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

                  **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by consuming alcohol on or about July 24, 2025.

                  On July 25, 2025, the probation officer conducted a scheduled visit at the offender's residence. At that time, Mr. Burris admitted to the probation officer that he consumed "two large beers" on or about July 24, 2025.

       8           **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
**Re: Burris, Jesse Colin**
**August 7, 2025**
Page 2

|   |   |
|---|---|
|   | **Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer as instructed on or about July 28, 2025.

On July 25, 2025, the offender was instructed to report to the U.S. Probation Office on July 28, 2025 at 9 a.m.

Mr. Burris failed to report to the U.S. Probation Office on July 28, 2025, as instructed. |
| 9 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 28, 2025.

On July 28, 2025, Mr. Burris submitted a urine specimen at Pioneer Human Services (PHS) that was presumptive positive for methamphetamine and amphetamine. At that time, he signed an admission form acknowledging use of said substances. |
| 10 | **Special Condition #5:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence:** The offender is alleged to have violated special condition number 5, by consuming alcohol on or about July 28, 2025.

On July 28, 2025, Mr. Burris submitted a urine specimen at PHS that was presumptive positive for alcohol. At that time, he signed an admission form acknowledging he consumed alcohol. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 7, 2025

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Burris, Jesse Colin**
**August 7, 2025**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

August 8, 2025
_____
Date