PROB 12C
(6/16)

Report Date:  June 10, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision   ECF No. 84

Name of Offender: Jesse Colin Burris          Case Number: 0980 2:22CR00041-TOR-1

Address of Offender: ███████████  Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 14, 2023

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 500 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 1 day<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 27, 2025) | Prison - 5 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: December 17, 2025 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: December 16, 2030 |

### PETITIONING THE COURT

To issue a summons.

On December 18, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Burris, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On or about April 17, 2026, Jesse Burris allegedly violated special condition number 6 by consuming alcohol.

On Saturday, April 18, 2026, this officer made contact with the offender at his residence to conduct an unscheduled home visit.  Before departing the residence, Mr. Burris was subject to Breathalyzer testing and provided a breath sample with a blood alcohol content (BAC) of .010. Because he adamantly denied consuming alcohol, a second breath sample was collected.  Once again the offender provided a breath sample with a BAC of .010.

Prob12C
**Re: Burris, Jesse Colin**
**June 10, 2026**
**Page 2**

Mr. Burris insisted he had not consumed any alcohol, so the offender was then subject to an unsupervised urinalysis test. The offender provided a urine sample that tested presumptive positive for ethyl glucuronide (ETG), but because he denied any alcohol consumption, the sample was sent to the laboratory for additional testing.

On April 29, 2026, the laboratory results were received confirming that the urine sample provided by Mr. Burris on April 18, 2026, was in fact positive for ETG and ethyl sulfate (ETS); ETS is a metabolite of alcohol, and is indicative of alcohol consumption. In spite of the laboratory results, the offender continued to deny consuming alcohol.

On May 26, 2026, during an office visit when he had once again tested positive for ETG, Mr. Burris ultimately admitted to consuming alcohol on or about April 17, 2026, as had been previously confirmed by the laboratory.

**Standard Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 28, 2026, Jessie Burris allegedly violated special condition number 6 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On April 28, 2026, the offender's assigned color was identified for phase urinalysis testing at Pioneer Human Services (PHS) and Mr. Burris failed to report as required.

Without the prior authorization or approval of the assigned officer, the offender reported to the U.S. Probation Office 2 days later, on April 30, 2026, and requested to submit to urinalysis testing. He subsequently provided a urine sample that was negative.

**Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On May 8, 2026, Jessie Burris allegedly violated special condition number 6 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On May 8, 2026, Mr. Burris' assigned color was identified for phase urinalysis testing at PHS, but the offender failed to report as required.

Without the prior authorization or approval of the assigned officer, the offender reported to the U.S. Probation Office 4 days later, on May 12, 2026, and requested to submit to urinalysis testing. Mr. Burris provided two urine samples on that date, both of which were later confirmed by the laboratory to be dilute.

**Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Prob12C
**Re: Burris, Jesse Colin**
**June 10, 2026**
**Page 3**

**Supporting Evidence**: On May 13, 2026, Jessie Burris allegedly violated special condition number 6 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On May 13, 2026, the offender's assigned color was identified for phase urinalysis testing at PHS and he again failed to make himself available for testing.

Without the prior authorization or approval of the assigned officer, the offender reported to the U.S. Probation Office 2 days later, on May 15, 2026, and requested to submit to urinalysis testing.  He subsequently provided a urine sample that was negative.

**Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about May 25, 2026, Jesse Burris allegedly violated special condition number 6 by consuming alcohol.

On May 26, 2026, the assigned probation officer contacted Mr. Burris and instructed him to report to the probation office for random urinalysis testing.  He suggested that he would be unable to report because he had a treatment appointment, unaware that this officer had spoken with his counselor and confirmed they had a session scheduled for later that afternoon.  As such, the offender was instructed to report to the U.S. Probation Office immediately.

Upon reporting as instructed, Mr. Burris immediately admitted he had consumed alcohol the night prior, on May 25, 2026; he signed an admission of use form confirming that use.

He also admitted to having consumed alcohol the month prior, on April 17, 2026, and also signed an admission of using for that instance.

The offender was instructed to attend his treatment appointment as scheduled, and the provider was then notified of his admitted alcohol consumption.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/10/2026

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Burris, Jesse Colin**
**June 10, 2026**
**Page 4**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition
     with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

June 11, 2026
_____
Date